

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00282-CR

Landon Louis **WICKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4528B
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to DELETE the assessment of attorney's fees against appellant. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED December 20, 2013.

_____
Sandee Bryan Marion, Justice